**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JACK YOUNG, as Personal
Representative for the Estate
of JANET G. YOUNG,

        Case No. 01:08-cv-152-SPM-AK

    Plaintiff,

vs.

PHILIP MORRIS USA INC.,

    Defendant.

_____/

## ORDER REMANDING CASE TO STATE COURT

Upon consideration of Plaintiff's motion for remand (doc. 5) and Defendant's non-opposition (doc. 7), it is hereby ORDERED AND ADJUDGED:

1. The motion for remand (doc. 5) is ***granted***.

2. This case is ***remanded*** to the Circuit Court for the Eighth Judicial Circuit, Alachua County, Florida.

DONE AND ORDERED this twenty-second day of September, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge